IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | NOTICE OF PETITIONERS' MOTION FOR ENTRY OF THE AMENDED PROTECTIVE ORDERS<br><br>Civil Action No. 05-2458 (RWR) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on such date as the Court shall determine, the undersigned counsel for Petitioners Fahd Umar Abdulmajid Al Shareef and Hani Saeed Mohammed Banan Al-Kalf Al-Gamdi shall move before the Honorable Richard W. Roberts, United States District Court for the District of Columbia, for an order for the entry of the Amended Protective Orders as set forth in the accompanying Memorandum in Support of Petitioners' Motion and Declaration of Julia Tarver.

Dated: New York, New York
February 1, 2006

                        Respectfully submitted,

                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                        By:
                            /s/
                            Julia Tarver (NY0029)
                            Martin Flumenbaum
                            Jennifer Ching
                            Jana Ramsey

                        1285 Avenue of the Americas
                        New York, New York 10019-6064
                        (212) 373-3000

Counsel for Petitioners