## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | |
| Petitioners/Plaintiffs, | **PETITIONERS' MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF THE AMENDED PROTECTIVE ORDERS** |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | **Civil Action No. 05-2458 (RWR)** |

Petitioners Fahd Umar Abdulmajid Al Shareef and Hani Saeed Mohammed Banan Al-Kalf Al-Gamdi (collectively, "Petitioners"), respectfully request that the Court immediately enter the Amended Protective Orders (collectively, "Protective Order") first entered by Judge Green in the *In re Guantánamo Detainee Cases* and since entered in related *habeas* proceedings before this Court and the Courts of this District. *See, e.g., Algatele* v. *Bush*, No. 05-1669 (D.D.C. Nov. 1, 2005); *Al Rashaidan* v. *Bush*, No. 05-586 (D.D.C. Apr. 14, 2005); *Abdullah* v. *Bush*, No. 05-23 (D.D.C. Mar. 16, 2005).

For over four years, Petitioners Al Shareef and Al-Gamdi have been held, virtually *incommunicado*, by the United States at Guantánamo Bay Naval Station ("Guantánamo"). Petitioners initiated the instant proceedings by filing a Petition for Writs of *Habeas Corpus* on December 21, 2005. As set forth in their application for *habeas* relief, Petitioners allege that their imprisonment within Guantánamo is unlawful and in violation of their fundamental rights to due process as protected by the United States Constitution, as well as the Alien Tort Claims Act, Third and Fourth Geneva Conventions, United States military and customary international laws.

As the Court is well aware, the Protective Order includes the following:

(1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba ("Guantánamo"), first issued by Judge Green on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)) (attached as Exhibit A to the accompanying Declaration of Julia Tarver, Esq. ("Tarver Decl."));

(2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 (attached as Exhibit B to the Tarver Decl.); and

(3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 (attached as Exhibit C to the Tarver Decl.) in the *In re Guantánamo Detainee Cases*.

Pursuant to United States Department of Defense and Department of Justice procedures, undersigned counsel are prohibited from meeting with Petitioners until the Protective Order is entered. In the absence of such an Order, counsel are also prohibited from sending or receiving legal mail from Petitioners and are therefore unable to initiate, let alone establish, a functioning attorney-client relationship. Entry of the Protective Order will thus ensure that counsel are able to meet and communicate with Petitioners with the appropriate assurances of confidentiality and privilege.

Counsel for Petitioners further note that Respondents have recently approved a visit by counsel to Guantánamo for the purpose of conducting client meetings on February 17-19, 2006. Counsel respectfully requests that the Court enter the Protective Order so that Respondents may make appropriate arrangements to make Petitioners available for meetings at that time. Particularly in light of the substantial delays between visits to Guantánamo, significant expense and coordination required for such trips, delay in entry of the Protective Order will prevent counsel from conducting such meetings until a

2

later visit. Accordingly, Petitioners respectfully request that the Protective Order be entered in the instant case forthwith.

Pursuant to Local Civil Rule 7(m), counsel for Petitioners conferred with counsel for Respondents regarding the relief sought in this motion. Counsel for Respondents have not consented to the application of the Protective Order in the instant *habeas* proceeding.

WHEREFORE, for the above-stated reasons and for any other reason that may become known to the Court, Petitioners respectfully request that the Protective Order be entered in this case.

Dated: New York, New York
       February 1, 2006

                        Respectfully submitted,

                        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                        By:

                        _____/s/_____
                        Julia Tarver (NY0029)
                        Martin Flumenbaum
                        Jennifer Ching
                        Jana Ramsey

                        1285 Avenue of the Americas
                        New York, New York 10019-6064
                        (212) 373-3000

                        Counsel for Petitioners