IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABD AL RAHMAN ABDULLAH AL HALMANDY, *et al.*, | ) ) ) |  |
| Petitioners, | ) ) ) |  |
| v. | ) ) | Civil Action No. 05-CV-2385 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) |  |
| Respondents. | ) ) ) |  |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | ) ) ) |  |
| Petitioners, | ) ) ) |  |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) |  |
| Respondents. | ) ) ) |  |

## NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 215 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 215 has filed petitions as Sultan Al Shareef in <u>Al Halmandy v. Bush</u>, No. 05-CV-2385 (RMU), and as Fahd Umar Abdulmajid Al Shareef in <u>Al Shareef v. Bush</u>, No. 05-CV-2458 (RWR).

Dated: February 16, 2006    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    DOUGLAS N. LETTER
    Terrorism Litigation Counsel

    <u>  /s/ Preeya M. Noronha   </u>
    JOSEPH H. HUNT (D.C. Bar No. 431134)
    VINCENT M. GARVEY (D.C. Bar No. 127191)
    TERRY M. HENRY
    JAMES J. SCHWARTZ
    PREEYA M. NORONHA
    ROBERT J. KATERBERG
    NICHOLAS J. PATTERSON
    ANDREW I. WARDEN
    EDWARD H. WHITE
    MARC A. PEREZ
    Attorneys
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, DC  20530
    Tel:  (202) 514-4107
    Fax:  (202) 616-8470

    Attorneys for Respondents