IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants

Civil Action No. 05-2458 (RWR)

## PETITIONERS' UNOPPOSED MOTION TO EXTEND THE DATE FOR FILING A REPLY BRIEF IN SUPPORT OF MOTION FOR ENTRY OF THE AMENDED PROTECTIVE ORDERS

Petitioners Fahd Umar Abdulmajid Al Shareef and Hani Saeed Mohammed Banan Al-Kalf Al-Gamdi (collectively, "Petitioners"), respectfully request that the Court extend until March 3, 2006 the deadline for the time to file a reply brief in support of Petitioners' Motion for Entry of the Amended Protective Orders. Pursuant to Local Civil Rule 7(m), counsel for Petitioners conferred with counsel for Respondents regarding the relief sought in this motion. Respondents consent to the extension of the deadline.

WHEREFORE, for the above-stated reasons and for any other reason that may become known to the Court, Petitioners respectfully request that they be granted until March 3, 2006 to file a reply brief.

Dated: New York, New York
       February 24, 2006

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:

_____/s/_____
Julia Tarver (NY0029)
Martin Flumenbaum
Jennifer Ching
Jana Ramsey

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Counsel for Petitioners