## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAHD UMAR ABDULMAJID AL
SHAREEF, *et al.*,

      Petitioners/Plaintiffs,

      v.

GEORGE W. BUSH, *et al.*,

      Respondents/Defendants

**Civil Action No. 05-2458 (RWR)**

## PROPOSED ORDER

      AND NOW, this _____ day of February 2006, upon consideration of

the Unopposed Motion to Extend the Date for Filing Reply Brief in Support of Motion for

Entry of the Amended Protective Orders, IT IS HEREBY ORDERED that the motion is

GRANTED. Petitioners' reply shall be filed on March 3, 2006.


BY THE COURT:


_____
Richard W. Roberts
United States District Judge