IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAHD UMAR ABDULMAJID AL SHAREEF, et al.,

        Petitioners/Plaintiffs,

        v.

GEORGE W. BUSH, et al.,

        Respondents/Defendants.

Civil Action No. 05-2458 (RWR)

## NOTICE OF FILING

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Minute Order of April 12, 2006 (dkt. 10), Petitioners on this date have filed with the Court Security Office a Motion for a Preliminary Injunction Requiring Respondents to Provide Counsel and the Court with 30-Days' Advance Notice of any Intended Removal From Guantanamo for review for suitability for public filing.

Dated: New York, New York
       August 28, 2006

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:
    /s/
Martin Flumenbaum
Julia Tarver (NY0029)
Jennifer Ching

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Counsel for Petitioners*