IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Case No. 05-CV-02458 (RWR)<br><br>**ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**<br><br>**Oral Argument Requested** |

Upon the Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, the Declaration of Jennifer Ching, Esq., and the accompanying Memorandum of Points and Authorities, it is hereby:

ORDERED that Respondents or their attorneys show cause at Courtroom ___ of the United States Courthouse at 333 Constitution Avenue, N.W., Washington, D.C., at _____.m. on September ___, 2006, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the Court's inherent powers:

(a) enjoining and restraining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioners from Guantánamo Bay Naval Base unless counsel for Petitioners and the Court receive thirty (30) days' advance notice of such removal.

IT IS FURTHER ORDERED that Respondents shall file with the Court electronically and serve their answering papers electronically on Petitioners' counsel on or

before 5:00 p.m. on September __ 2006, and that Petitioners shall file with the Court electronically and serve their reply papers electronically on Respondents' counsel by 5:00 p.m. on September ___, 2006.

ENTER:

_____
Richard W. Roberts
United States District Judge