IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL-SHAREEF, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Case No. 05-CV-2458 (RWR)<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO REPLY** |

Petitioners respectfully request that the Court extend Petitioners' time to file a reply memorandum to their Motion for Preliminary Injunction Requiring Respondents to Provide Counsel and the Court With 30-Days' Advance Notice of Any Intended Removal from Guantanamo, filed August 28, 2006. Petitioners respectfully request that their time to file a reply memorandum be extended to September 18, 2006.

Counsel for Respondents have consented to this motion.

A proposed Order is attached hereto.

Dated: New York, New York
September 13, 2006

                                      Respectfully submitted,

                                      PAUL, WEISS, RIFKIND, WHARTON &
                                      GARRISON LLP

                                    By: _____/s/_____
                                            Julia Tarver (NY0029)
                                            Martin Flumenbaum
                                            Jennifer Ching
                                            Jana C. Ramsey

                                    1285 Avenue of the Americas
                                    New York, New York 10019-6064
                                    (212) 373-3000