IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL-SHAREEF, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Case No. 05-CV-2458 (RWR)<br><br>**PROPOSED ORDER** |

Upon Petitioners' Consent Motion for Preliminary Injunction Requiring Respondents to Provide Counsel and the Court With 30-Days' Advance Notice of Any Intended Removal from Guantanamo, and good cause having been shown, on this \_\_\_\_ day of _____, 2006, it is hereby:

**ORDERED** that Petitioners' motion is granted.

_____
U.S.D.J.