## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAHD UMAR ABDULMAJID AL
SHAREEF, et al.,

          Petitioners/Plaintiffs,

        v.

GEORGE W. BUSH, et al.,

          Respondents/Defendants.

**Case No. 05-CV-02458 (RWR)**

### NOTICE OF FILING

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of April 12, 2006 (dkt. no. 10), Petitioners on this date have filed with the Court Security Office Petitioners' Motion to Compel the Production of Factual Returns, for review for suitability for public filing.

Dated: New York, New York
       December 18, 2006

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____/s/ Martin Flumenbaum_____
      Martin Flumenbaum (NY9067)
      Julia Tarver Mason (NY0029)
      Jana Ramsey

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Doc #:NY7:321408.1