IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, et al., | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, et al., | ) ) ) | |
| Respondents. | ) ) | |

### ORDER DENYING PETITIONERS' MOTION TO COMPEL PRODUCTION OF FACTUAL RETURNS

It is hereby ordered that Petitioners' Motion to Compel Production of Factual Returns is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE