IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, et al.,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents/Defendants. | Case No. 05-CV-02458 (RWR) |

**NOTICE OF FILING**

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of April 12, 2006 (dkt. 10), Petitioners on this date have filed with the Court Security Office Petitioners' Reply Memorandum in Support of Their Motion to Compel the Production of Factual Returns, for review for suitability for public filing.

Dated: New York, New York
       January 3, 2007

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____/s/ Martin Flumenbaum_____
    Martin Flumenbaum (D.C. Bar. No. 393210)
    Julia Tarver Mason (NY0029)
    Jana Ramsey

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000