IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAHD UMAR ABDULMAJID AL SHAREEF,** *et al.*, <br><br> *Petitioner*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | Civil Action No. 05-2458 (RWR) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT Petitioners will move this Court before the Honorable Judge James Robertson United States District Judge for the United States District Court for the District of Columbia at a date and time to be determined by the Court for an Order seeking the following relief:

(1) staying Petitioners' *habeas* proceedings; and

(2) holding the proceedings in abeyance pending Petitioners' exhaustion of remedies in the Court of Appeals under the Detainee Treatment Act of 2005 ("DTA"), Pub. L. No. 109-148, 119 Stat. 2680; or, in the alternative,

(3) transferring Petitioners' *habeas* action to the Court of Appeals pursuant to 28 U.S.C. § 1631 for consolidation with Petitioners' DTA action. The basis for this motion is set forth in the accompanying memorandum of law.

Dated: New York, New York
       May 4, 2007

                         Respectfully submitted,

                         **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                         By: _____/s/_ Julia Mason_____
                              Julia Mason (NY0029)
                              Martin Flumenbaum

                         1285 Avenue of the Americas
                         New York, New York 10019-6064
                         (212) 373-3000

                         *Counsel for Petitioners*