IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAHD UMAR ABDULMAJID AL SHAREEF**, *et al.*,<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents.* | Civil Action No. 05-2458 (RWR) |

**PROPOSED ORDER**

Upon consideration of Petitioners' Motion to Stay and Abey and in Opposition to the Government's Motion to Dismiss the Proceedings, it is hereby:

**ORDERED** that Petitioners' *habeas* proceedings shall be stayed and held in abeyance pending Petitioners' exhaustion of remedies in the Court of Appeals under the Detainee Treatment Act of 2005 ("DTA"), Pub. L. No. 109-148, 119 Stat. 2680; or, in the alternative, it is

**ORDERED** that Petitioners' *habeas* action shall be transferred to the Court of Appeals pursuant to 28 U.S.C. § 1631 for consolidation with Petitioners' DTA action.

**IT IS SO ORDERED.**

DATED:

_____
**James Robertson**, U.S.D.J.