# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | |
| Petitioners/Plaintiffs, | |
| v. | Civil Action No. 05-2458 (RWR) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

## NOTICE OF FILING

NOTICE is hereby given that, pursuant to the Protective Orders applicable to this case, Petitioners on this date have filed with the Court Security Office their Reply Memorandum of Law in Further Support of the Motion to Stay And Abey and in Opposition to Respondents' Motion to Dismiss for review for suitability for public filing.

Dated: New York, New York
       May 21, 2007

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: __Julia Tarver Mason___/s/_____
    Martin Flumenbaum
    Julia Tarver Mason
    Jennifer Ching
    Jana C. Ramsey

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Counsel for Petitioners*