## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID ABDULLA AL-JOUDI, *et al.*, | |
| Petitioners/Plaintiffs, | |
| v. | Civil Action No. 05-301 (GK) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |
| SALEH ABDULLA AL-OSHAN, *et al.*, | |
| Petitioners/Plaintiffs, | |
| v. | Civil Action No. 05-520 (RMU) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | |
| Petitioners/Plaintiffs, | |
| v. | Civil Action No. 05-2458 (RWR) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

**NOTICE OF FILING**

NOTICE is hereby given that, pursuant to the protective orders entered herein, Petitioners on this date have filed with the Court Security Office a Notice of

1

Recent Activity for review for suitability for public filing.

Dated: New York, New York
July 27, 2007

                                              Respectfully submitted,

                                              PAUL, WEISS, RIFKIND,
                                              WHARTON & GARRISON LLP

                                              By:   /s/  Julia Tarver Mason
                                                  Julia Tarver Mason (NY0029)
                                                  Martin Flumenbaum
                                                  Jennifer Ching
                                                  Jana C. Ramsey

                                              1285 Avenue of the Americas
                                              New York, New York 10019-6064
                                              (212) 373-3000