IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID ABDULLA AL-JOUDI, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Civil Action No. 05-301 (GK) |
| SALEH ABDULLA AL-OSHAN, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Civil Action No. 05-520 (RMU) |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents/Defendants. | Civil Action No. 05-2458 (RWR) |

## NOTICE OF RECENT ACTIVITY

Petitioners submit this notice of recent activity in order to apprise the Court that the Court of Appeals has ordered that the mandates issued on June 27, 2007, in *Boumediene* v. *Bush*, D.C. Cir. No. 05-5062, and *Al Odah* v. *United States*, D.C. Cir. No. 05-5064, be recalled. In light of this development, and in light of the Supreme Court's decision to grant certiorari in

*Boumediene* v. *Bush*, S. Ct. No. 06-1195, and *Al Odah* v. *United States*, S. Ct. No. 06-1196, petitioners will wait until the legal status of the instant habeas petitions have been determined before filing petitions pursuant to the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 (2005), in the Court of Appeals.

Dated: New York, New York
      July 27, 2007

      Respectfully submitted,

      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

      By: /s/ Julia Tarver Mason
          Julia Tarver Mason (NY0029)
          Martin Flumenbaum
          Jennifer Ching
          Jana C. Ramsey

      1285 Avenue of the Americas
      New York, New York 10019-6064
      (212) 373-3000