IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAHD UMAR ABDULMAJID AL-SHAREEF, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF TRANSFER OF PETITIONERS AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioners Fahd Umar Abdulmajid Al Shareef (ISN 215) and Hani Saeed Mohammed Banan Al-Kalf Al-Gamdi (ISN 438), and transferred them to the control of the Government of Saudi Arabia.

In the Stipulation and Order filed with the Court under seal on October 29, 2007, the parties agreed that, pursuant to the protective orders entered by the Court's Order dated April 12, 2006 (dkt. no. 10), Respondents' Notice Pursuant To The Court's December 8, 2006 Order (filed under seal on October 19, 2007), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioners to Saudi Arabia. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected

information.[1]

Dated: November 13, 2007                    Respectfully submitted,

                                                              PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.