UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
**FAHD UMAR ABDULMAJID** )
**AL-SHAREEF et al.,** )
)
     Petitioners, )
)
     v. )    Civil Action No. 05-2458 (RWR)
)
**GEORGE W. BUSH et al.,** )
)
     Respondents. )
)

**ORDER**

    Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." L. Civ. R. 40.6(a). Furthermore, on July 1, 2008, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which the judges agreed to, among other things, transfer cases filed by detainees who were previously held at Guantanamo Bay to Senior Judge Thomas F. Hogan for coordination and management, while retaining the cases for all other purposes.

    In the interest of facilitating Judge Hogan's case-coordination process, the Court will transfer this case to Judge Hogan for coordination and management as reflected in the July 1, 2008, Resolution of the Executive Session.

    SIGNED this 7th day of July, 2008.

                                                            /s/
                                        RICHARD W. ROBERTS
                                        United States District Judge